AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Juan Carlos Nova-Rosario

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M28A

I, Juan Carlos Nova-Rosario, charged in a ☑ complaint ☐ petition pending in this District with ______ in violation of Title 8, U.S.C., 1326(a) & (b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

Juan Nova
*Defendant*

3-14-07
*Date*

Mary S. McElroy
*Counsel for Defendant*