1294074

AO 442 (Rev. 5/93) Warrant for Arrest

**RECEIVED**
**U.S. MARSHALS SERVICE**
MAR 6 2007
RHODE ISLAND

# United States District Court

DISTRICT OF

**District of Rhode Island**

UNITED STATES OF AMERICA

V.

JUAN CARLOS NOVA ROSARIO

## WARRANT FOR ARREST

CASE NUMBER: 1:07-M-28 A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN CARLOS NOVA ROSARIO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| LINCOLN D. ALMOND | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 3/6/07 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Suffolk Cty Jail by ICE | | |
| DATE RECEIVED 03/06/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/14/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.