**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:07-M-0028A** |
| | ) | |
| **JUAN CARLOS NOVA ROSARIO** | ) | |

---

**DEFENDANT'S MOTION TO WAIVE RIGHT TO SPEEDY INDICTMENT**

Now comes the accused, Juan Carlos Nova Rosario, and hereby moves this Honorable Court to allow him to waive his right to speedy indictment under 18 U.S.C. §3161(b) for an additional period of 30 days.

As grounds the accused submits that both parties have been engaged in active plea discussions as well as investigation of this case. The granting of this Motion will allow this matter to be disposed of pre-indictment, thereby saving both the Court and the Government valuable judicial resources including time in the grand jury. Assistant U.S. Attorney Stephanie S. Browne has no objection to this Motion.

Respectfully submitted
Juan Carlos Nova Rosario
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Stephanie Browne, AUSA on the May 31, 2007.

/s/ Mary S. McElroy